IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-MC-00063-DFL-GGH |
| Plaintiff, | ) | |
| v. | ) | |
| JUANA P. CALLEJAS, | ) | ORDER OF GARNISHMENT<br>(Interest in Withheld Money) |
| Defendant. | ) | |
| CALIFORNIA DEPARTMENT OF<br>HEALTH SERVICES, | ) | |
| Garnishee. | ) | |

A Writ of Garnishment (Interest in Withheld Money) directed to the Garnishee California Department of Health Services has been duly issued and served upon the Garnishee. The Garnishee filed an Answer of Garnishee stating that at the time of service of the Writ, the Garnishee has custody or possession of the following property (non-earnings), in which the Judgment Debtor Juana P. Callejas maintains an interest, as described below:

    1.    Trust Account, account number LAB42497F, holding payments for claims Judgment Debtor submitted to the California Department of Health Services that are payable to the Judgment Debtor. The total sum held in the Trust Account is $4,427,422.36.

1

1  The balance owing by the Judgment Debtor on the judgment is $13,998.973.68, and said
2  amount is current from the amount as shown in the Application For Writ of Garnishment
3  (Interest in Withhold Money) filed herein.
4  The Judgment Debtor was served by the Garnishee with the Answer of Garnishee, and the
5  Judgment Debtor has not filed a written objection or requested a hearing within 20 days, as set
6  forth in 28 U.S.C. § 3205(c)(5).  The Judgment Debtor has not requested a hearing on a claim of
7  exemption, as set forth in 28 U.S.C. § 3014(b)(2).
8  Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files an answer, and if no hearing
9  is requested within the required time period, the court shall promptly enter an order directing the
10 Garnishee as to the disposition of the Judgment Debtor's property.
11 ACCORDINGLY, IT IS ORDERED that the Garnishee California Department of Health
12 Services shall turn over to the Plaintiff United States of America the approximate amount of
13 $4,427,422.36.
14 IT IS FURTHER ORDERED that upon receipt of payment by the United States, the Writ
15 of Garnishment is hereby terminated.
16 IT IS SO ORDERED.
17
18 DATED: 7/6/06                          /s/ Gregory G. Hollows
19                                        _____
                                          GREGORY G. HOLLOWS
                                          United States Magistrate Judge
20 callejas.ord